UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOTAN POLLAK, on behalf of himself and all other similarly situated consumers<br><br>Plaintiff,<br><br>-against-<br><br>D & A SERVICES, LLC of IL<br><br>Defendant. | Docket No:  7:17-cv-07059-KMK<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff DOTAN POLLAK by and through counsel, to provide notice to the Court that the present case has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

                Respectfully submitted,
                By:__/s/ Alan J. Sasson_____
                Alan J. Sasson, Esq. (AS 8452)
                Law Office of Alan J. Sasson, P.C.
                2687 Coney Island Avenue, 2nd Floor
                Brooklyn, New York 11235
                Phone:    (718) 339-0856
                Facsimile: (347) 244-7178
                *Attorney for Plaintiff*

Dated:  Brooklyn, New York
     December 7, 2017